UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY HAMM, on behalf of herself and all others similarly situated, § § § § § § § § § § § § § | Case No. 3:21-cv-00550 |
| *Plaintiff*, | |
| v. | |
| ACADIA HEALTHCARE CO., INC., ACADIA JV HOLDINGS, LLC, and RED RIVER HOSPITAL, LLC | |
| *Defendants*. | |

## NOTICE OF SUPPLEMENTAL FILING

Plaintiff Amy Hamm, by and through counsel, notifies the Court and opposing counsel of the following supplemental filing pertaining to her Response in Opposition to Defendants' Motion for Sanctions, filed on March 11, 2022. (ECF No. 37).

1. **Exhibit A**: Order and Reasons Denying Defendants' Motion for Sanctions in *Hamm v. Acadia LaPlace Holdings, LLC and Ochsner-Acadia, LLC*, Eastern District of Louisiana, Case No. 2:20-cv-01515-SM-DMD (E.D. La. July 13, 2022).

Dated: July 18, 2022

Respectfully requested,

*/s/ Carolyn H. Cottrell*
David W. Garrison (Tenn. Bar No. 24968)
Joshua A. Frank (Tenn. Bar No. 33294)
BARRETT JOHNSTON
MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219
Tel: (615) 244-2202; Fax: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

-1-

Case 3:21-cv-00550   Document 42   Filed 07/18/22   Page 1 of 3 PageID #: 735

Carolyn H. Cottrell (*Pro Hac Vice*)
Ori Edelstein (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Jordyn Deay Rystrom Emmert (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Tel: (713) 338-2560; Fax: (415) 421-7105
jemmert@schneiderwallace.com

*Counsel for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 18, 2022, I caused a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF SUPPLEMENTAL FILING be properly served on Defendants and Plaintiff's Local Counsel through the CM/ECF filing system as follows:

| | |
|---|---|
| Andrew S. Naylor<br>Frederick L. Conrad III<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>Nashville City Center<br>511 Union Street, Ste. 2700<br>Nashville, Tennessee 37219-8966<br>andy.naylor@wallerlaw.com<br>trip.conrad@wallerlaw.com<br><br>Counsel for Defendants | David W. Garrison<br>Joshua A. Frank<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>Philips Plaza<br>414 Union Street, Suite 900<br>Nashville, Tennessee 37219<br>dgarrison@barrettjohnston.com<br>jfrank@barrettjohnston.com<br><br>Counsel for Plaintiff |

Dated: July 18, 2022

*/s/ Carolyn H. Cottrell*
    Carolyn H. Cottrell